NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**K-TECH TELECOMMUNCATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**DIRECTV,**
*Defendant-Appellee.*

---

2012-1446

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-9370, Judge R. Gary Klausner.

---

**ON MOTION**

---

**ORDER**

DIRECTV moves for leave to include in the joint appendix a copy of a complaint filed by K Tech Telecommunications, Inc. in another action, *K Tech Telecommunications, Inc. v. Blonder Tongue Laboratories, Inc.*, 2:12-cv-05316 (C.D. Cal. June 19, 2012).

Upon consideration thereof,

IT IS ORDERED THAT:

K-TECH TELECOMMUNICATIONS v. DIRECTV                                   2

The motion is granted.

FOR THE COURT

__OCT 0 2 2012__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Darin W. Snyder, Esq.
     Patrick F. Bright, Esq.

s25